IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-33-ALB |
| | ) | |
| MOHAMMAD HAROON JAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

The Court having considered the Complaint filed by the United States of America ("Plaintiff") against Mohammad Haroon Jan ("Defendant"), it is hereby ORDERED that the parties shall appear for a hearing on the Joint Motion for Consent Judgment on February 25, 2020, at 9 AM in Courtroom 2E. Due to Defendant's current location, he will be permitted to call in to the hearing. Call-in information will be provided to counsel separately from this order. The Clerk of the Court is directed to provide a court reporter for this hearing and to serve this notice on Defendant at the email address shahji40@gmail.com. (Found in Consent to Email Service at Doc. 4-1).

**DONE** and **ORDERED** this 23rd day of January 2020.

                                              /s/ Andrew L. Brasher
                                            ANDREW L. BRASHER

UNITED STATES DISTRICT JUDGE